IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TERESA BROWN,

Plaintiff,

v.

CONSUMER ADJUSTMENT COMPANY, Inc.,

Defendant.

Case No. 15-cv-884 JPG/PMF

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: June 24, 2016**          **JUSTINE FLANAGAN, Acting Clerk of Court**

*s/Tina Gray*
**Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
**J. PHIL GILBERT
DISTRICT JUDGE**